| Case | Docket | Date | Judge | Disposition |
|---|---|---|---|---|
| Edwards v. State | 02A04–1701–CR–31 | 05/24/2017 | BRADFORD, J. | Affirmed |
| | | | NAJAM, J. | Concurs |
| | | | RILEY, J. | Concurs |
| Matherly v. State | 84A04–1701–CR–198 | 05/24/2017 | MAY, J. | Affirmed |
| | | | BROWN, J. | Concurs |
| | | | PYLE, J. | Concurs |
| State v. Gibson | 10A05–1701–CR–5 | 05/24/2017 | BAKER, J. | Reversed and remanded for further proceedings |
| | | | BARNES, J. | Concurs |
| | | | CRONE, J. | Concurs |
| Izzo v. State | 53A05–1610–GU–2447 | 05/24/2017 | SHEPARD, Sr.J. | Affirmed |
| | | | ROBB, J. | Concurs |
| | | | MATHIAS, J. | Concurs |
| Eldridge v. State | 49A05–1610–CR–2369 | 05/24/2017 | MAY, J. | Reversed and remanded with instructions |
| | | | BROWN, J. | Concurs |
| | | | PYLE, J. | Concurs |
| Miles v. State | 79A04–1609–CR–2145 | 05/24/2017 | BARTEAU, Sr.J. | Affirmed |
| | | | BAKER, J. | Concurs |
| | | | BRADFORD, J. | Concurs |
| Carroll v. State | 27A02–1606–CR–1536 | 05/24/2017 | CRONE, J. | Affirmed |
| | | | BARNES, J. | Concurs |
| | | | ROBB, J. | Concurs |
| Briggs v. Kolb Roellgen & Kirchoff LLP | 42A01–1610–CC–2235 | 05/24/2017 | ROBB, J. | Affirmed in part, reversed in part, and remanded |
| | | | KIRSCH, J. | Concurs |
| | | | BARNES, J. | Concurs |
| Aguila ex rel. Aguila v. Anonymous Physicians 1 & 2 | 45A03–1609–CT–2069 | 05/24/2017 | SHEPARD, Sr.J. | Affirmed |
| | | | VAIDIK, C.J. | Concurs |
| | | | MATHIAS, J. | Concurs |
| Garcia v. State | 28A01–1604–CR–762 | 05/25/2017 | PYLE, J. | Affirmed |
| | | | BAKER, J. | Concurs |
| | | | MATHIAS, J. | Concurs |